**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ROBERT CONTE and MARK RESPLER, Themselves and On Behalf of All Others Similarly Situated, )<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>SONUS NETWORKS, INC., HASSAN AHMED, PH.D. and STEPHEN NILL, )<br>)<br>)<br>Defendants. )| Case No. 04-10382-DPW |

## NOTICE OF APPEARANCE

Please enter the appearance of Gregory F. Noonan, Joel B. Kemp, and Daniel Gold, Hale and Dorr LLP, on behalf of Defendant Sonus Networks, Inc.

Respectfully Submitted,

SONUS NETWORKS, INC.

By its attorneys,

/s/_Gregory F. Noonan_____
Jeffrey B. Rudman (BBO #433380)
James W. Prendergast (BBO #553073)
Daniel W. Halston (BBO #548692)
Gregory F. Noonan (BBO #651035)
Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Dated: April 15, 2004

- 2 -

## CERTIFICATE OF SERVICE

I, Gregory F. Noonan, hereby certify that I caused a copy of this document to be served by either electronic mail or overnight mail to:

| | |
|---|---|
| Thomas G. Shapiro | Joseph H. Weiss |
| Theodore M. Hess-Mahan | Jack I. Zwick |
| Shapiro Haber & Urmy LLP | Weiss & Yourman |
| 75 State Street | 551 Fifth Avenue |
| Boston, MA 02109 | New York, NY 10176 |

Jules Brody
Stull Stull & Brody
6 East 45th Street
New York, NY 10017

                                               /s/ Gregory F. Noonan_____
                                               Gregory F. Noonan

Dated: April 15, 2004