**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| STEVE L. BAKER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff<br><br>v.<br><br>SONUS NETWORKS, INC., HASSAN AHMED, PH.D. and STEPHEN NILL, | C. A. No. 04-10333 DPW |
| SHEILA A. BROWNELL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff<br><br>v.<br><br>SONUS NETWORKS, INC., HASSAN AHMED, PH.D. and STEPHEN NILL, | C. A. No. 04-10597 DPW |
| DEBORAH CHIN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SONUS NETWORKS, INC., HASSAN AHMED, PH.D. and STEPHEN NILL,<br><br>Defendants. | C.A. No. 04-10294 DPW |

| | |
|---|---|
| ROBERT CONTE and MARK RESPLER, Themselved and on Behalf of All Others Similarly Situated,<br><br>   Plaintiff<br><br>v.<br><br>SONUS NETWORKS, INC., HASSAN AHMED, PH.D. and STEPHEN NILL, | C. A. No. 04-10382 DPW |
| SAMANTHA DEN, Individually and on behalf of All Others Similarly Situated,<br><br>   Plaintiff<br><br>v.<br><br>SONUS NETWORKS, INC., HASSAN AHMED, PH.D. and STEPHEN NILL, | C. A. No. 04-10310 DPW |
| SAMUEL HO, Individually and on Behalf of All Others Similarly Situated,<br><br>   Plaintiff<br><br>v.<br><br>SONUS NETWORKS, INC., HASSAN AHMED, PH.D. and STEPHEN NILL, | C. A. No. 04-10363 DPW |
| HAIMING HU, Individually and on Behalf of All Others Similarly Situated,<br><br>   Plaintiff<br><br>v.<br><br>SONUS NETWORKS, INC., HASSAN AHMED, PH.D. and STEPHEN NILL, | C. A. No. 04-10346 DPW |

| | |
|---|---|
| INFORMATION DYNAMICS, LLC. On Behalf of Itself and all Others Similarly Situated,<br><br>Plaintiff<br><br>v.<br><br>SONUS NETWORKS, INC., PAUL R. JONES, EDWARD N. HARRIS, J. MICHAEL O'HARA, HASSAN AHMED, PH.D. and STEPHEN NILL, | C. A. No. 04-10308 DPW |
| MICHAEL KAFFEE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff<br><br>v.<br><br>SONUS NETWORKS, INC., HASSAN AHMED, PH.D. and STEPHEN NILL, | C. A. No. 04-10345 DPW |
| PETER KALTMAN, On Behalf of himself and all Others Similarly Situated,<br><br>Plaintiff<br><br>v.<br><br>SONUS NETWORKS, INC., RUBEN GRUBER, HASSAN AHMED, PH.D. and STEPHEN NILL, | C. A. No. 04-10308 DPW |
| CHARELS STARBUCK, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff<br><br>v.<br><br>SONUS NETWORKS, INC., HASSAN AHMED, PH.D. and STEPHEN NILL, | C. A. No. 04-10362 DPW |

| | |
|---|---|
| WHEATON ELECTRICAL SERVICES RETIREMENT 401K PROFIT SHARING PLAN, on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff<br><br>v.<br><br>SONUS NETWORKS, INC., HASSAN AHMED, PH.D. and STEPHEN NILL, | C. A. No. 04-10383 DPW |
| JONATHAN A. ZULAUF, on Behalf of Himself All Others Similarly Situated,<br><br>Plaintiff<br><br>v.<br><br>SONUS NETWORKS, INC., HASSAN AHMED, PH.D. and STEPHEN NILL, | C. A. No. 04-10714 DPW |

## NOTICE OF ADDRESS CHANGE

PLEASE TAKE NOTICE that effective May 4, 2004, the law firm of Shapiro Haber & Urmy LLP has the following new address. The telephone and facsimile numbers remain the same.

>Shapiro Haber & Urmy LLP
>Exchange Place
>53 State Street
>Boston, MA 02109

Dated: May 6, 2004

>/s/ Theodore Hess-Mahan
>Thomas G. Shapiro BBO # 454680
>Theodore M. Hess-Mahan BBO # 557109
>Shapiro Haber & Urmy LLP
>53 State Street
>Boston, MA 02108
>(617) 439-3939

4