**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| ROBERT CONTE and MARK RESPLER, Themselves and On Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> SONUS NETWORKS, INC., HASSAN AHMED, PH.D. and STEPHEN NILL, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 04-10382-DPW |

## NOTICE OF CHANGE OF FIRM NAME

Effective May 31, 2004, Hale and Dorr LLP merged with Wilmer Cutler Pickering LLP. The new firm's name is Wilmer Cutler Pickering Hale and Dorr LLP. All future reference to Hale and Dorr LLP in this matter should be to Wilmer Cutler Pickering Hale and Dorr LLP. The firm and its lawyers' address, telephone numbers and fax numbers remain the same. The format of our lawyers' email addresses has changed to firstname.lastname@wilmerhale.com.

- 2 -

        Respectfully Submitted,

        WILMER CUTLER PICKERING HALE and DORR LLP

        /s/_Gregory F. Noonan_____
        Jeffrey B. Rudman (BBO #433380)
        James W. Prendergast (BBO #553073)
        Daniel W. Halston (BBO #548692)
        Gregory F. Noonan (BBO #651035)
        Wilmer Cutler Pickering Hale and Dorr LLP
        60 State Street
        Boston, MA 02109
        (617) 526-6000

        *Attorneys for Defendant Sonus Networks, Inc.*

Dated: June 1, 2004

## CERTIFICATE OF SERVICE

I, Gregory F. Noonan, hereby certify that I caused a copy of this document to be served by either electronic mail or overnight mail to:

Thomas G. Shapiro  
Theodore M. Hess-Mahan  
Shapiro Haber & Urmy LLP  
75 State Street  
Boston, MA 02109

Joseph H. Weiss  
Jack I. Zwick  
Weiss & Yourman  
551 Fifth Avenue  
New York, NY 10176

Jules Brody  
Stull Stull & Brody  
6 East 45th Street  
New York, NY 10017

Thomas J. Dougherty (BBO #132300)  
Matthew J. Matule (BBO #632075)  
Skadden, Arps, Slate, Meagher & Flom LLP  
One Beacon Street  
Boston, Massachusetts 02108  
Tel:  (617) 573-4800  
Fax: (617) 573-4822

Robert S. Frank, Jr. (BBO #177240)  
John R. Baraniak, Jr. (BBO #552259)  
Choate Hall & Stewart  
Exchange Place Building  
53 State Street  
Boston, Massachusetts 02109  
Tel:   (617) 248-5000  
Fax:  (617) 248-4000

/s/ Gregory F. Noonan_____  
Gregory F. Noonan

Dated:  June 1, 2004